United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCESS SIMMONS<br><br>      Plaintiff,<br><br>   v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>      Defendant. | Case No. 14-cv-05464-PJH   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  June 19, 2015<br>Mediator:  C. Mark Humbert |

    IT IS HEREBY ORDERED that the request to excuse defendant Metropolitan Life Insurance Company's representative and in-house counsel, Michelle Constandse, from appearing in person at the June 19, 2015, mediation before C. Mark Humbert is GRANTED.  Ms. Constandse shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    **IT IS SO ORDERED**.

Dated: JUNE 10, 2015

Maria-Elena James
United States Magistrate Judge